Terri H. Didion, Assistant United States Trustee
State Bar #CA 133491
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
E-mail: *terri.didion@usdoj.gov*

Attorneys for the United States Trustee
    TRACY HOPE DAVIS

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re | ) | Case No. 23-12634-hlb |
| | ) | |
| FRANCISCO SILVA-REYES, | ) | Chapter 7 |
| | ) | |
| LUCINA ELIZABETH SILVA, | ) | Date: N/A |
| | ) | Time: N/A |
| Debtor(s). | ) | |

### *EX PARTE* MOTION OF THE UNITED STATES TRUSTEE FOR AN ORDER REOPENING CASE UNDER 11 U.S.C. § 350(b)

    Tracy Hope Davis, the United States Trustee for Region 17, by and through her undersigned counsel, hereby moves the Court for an order reopening this case under 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010.  This motion is made and based upon the following Memorandum of Points and Authorities and the pleadings and papers filed in this case.

### MEMORANDUM OF POINTS AND AUTHORITIES

    1.    Debtor(s) filed a voluntary petition under chapter 7 of the Bankruptcy Code on June 29, 2023.  *See* ECF No. 1.

    2.    On January 22, 2024, this case was closed, and Lenard E. Schwartzer was discharged of all duties as the trustee in the case.  *See* ECF No. 50.

3. The United States Trustee wishes to reopen this chapter 7 case because after the case was closed, the United States Trustee received notification that Debtor(s) may have a legal claim resulting from an undisclosed legal action that may be pursued and administered for the benefit of the bankruptcy estate.

4. Under 11 U.S.C. § 350, a bankruptcy case may be reopened in the court in which the case was closed to administer assets, to accord relief to the debtor, or for other cause. 11 U.S.C. § 350(b). The case may be reopened on motion of the debtor or other party in interest. Fed. R. Bankr. P. 5010. The court may order the appointment of a trustee in a reopened chapter 7 case if the court determines that a trustee is necessary to protect the interests of creditors and the debtor or to insure efficient administration of the case. *Id.* The Code section and associated rule make no provision for a hearing or other procedures. *Id.* A bankruptcy court may rule on a motion to reopen a bankruptcy case without a hearing. *Redmond v. Fifth Third Bank*, 624 F.3d 793 (7th Cir. 2010).

5. Because there appear to be assets that may be liquidated and distributed to creditors, to protect the interests of creditors and Debtor(s), and to ensure the efficient administration of the estate, a chapter 7 trustee should be appointed under Fed. R. Bankr. P. 5010. The Appointment is contingent upon the Court entering an order reopening this case and directing the United States Trustee to appoint a chapter 7 trustee.

**WHEREFORE**, the United States Trustee requests that the Court enters an order

///

reopening this case under 11 U.S.C. § 350(b) and directing the United States Trustee to appoint a chapter 7 trustee.

Dated: April 30, 2025
Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Terri H. Didion
Terri H. Didion
Assistant United States Trustee