_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
May 01, 2025

Terri H. Didion, Assistant United States Trustee
State Bar #CA 133491
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
E-mail: *terri.didion@usdoj.gov*

Attorneys for the United States Trustee
  TRACY HOPE DAVIS

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 23-12634-hlb |
| FRANCISCO SILVA-REYES, | Chapter 7 |
| LUCINA ELIZABETH SILVA, | Date: N/A<br>Time: N/A |
| Debtor(s). | |

**ORDER GRANTING EX PARTE MOTION OF THE**
**UNITED STATES TRUSTEE AND REOPENING THIS CASE**

Upon consideration of the *Ex Parte* Motion of the United States Trustee for an Order Reopening Case Under 11 U.S.C. § 350(b) ("Motion"), good cause having been shown,

IT IS HEREBY ORDERED that the Motion is granted;

IT IS HEREBY FURTHER ORDERED that the Clerk shall reopen this case, and the United States Trustee is directed to appoint a chapter 7 trustee to administer the case; and

IT IS HEREBY FURTHER ORDERED that the fee for reopening the case shall be paid from proceeds of the estate, if any, after the case is reopened.

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Terri H. Didion*
    Terri H. Didion
    Assistant United States Trustee

###