ᵢAMENDED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re ) Case No. BK-S 23-12634-HLB
)
FRANCISCO SILVA- ) (X) AMENDED Report of Trustee at 341 Meeting
REYES ) (X) Initial Report of Trustee in Asset Case
LUCINA ELIZABETH ) ( ) Trustee's Report of No Distribution in No Asset Case
REYES ) ( ) Debtor's Change of Address

**( X )  REPORT OF TRUSTEE AT 341 MEETING**
1. Date of Meeting
2. (X) Meeting concluded
3. ( ) Meeting continued to

**(X)  INITIAL REPORT OF TRUSTEE IN ASSET CASE**
1. (X) The trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a substantial likelihood that such assets will be recovered within a reasonable period of time.
2. (X) Trustee requests a Notice to File Claims be sent.

**( )  TRUSTEE'S REPORT OF NO DISTRIBUTION IN NO ASSET CASE**
<u>Finding of No Assets</u>.  As the trustee of the estate of the above-named debtor(s), I report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and there is no property available for distribution from the estate over that exempted by law.

Pursuant to FRBP 5009, I certify that the estate of the above-named debtor(s) has been fully administered.

I request that this report be approved, and that I be discharged from any further duties as trustee.

**( )  DEBTOR'S CHANGE OF ADDRESS:**

Date: May 5, 2025                          /s/ Lenard E. Schwartzer
                                           LENARD E. SCHWARTZER